Alan E. Schoenfeld (*pro hac vice*)
Ryan M. Chabot (*pro hac vice*)
Alyson M. Zureick (*pro hac vice*)
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
*alan.schoenfeld@wilmerhale.com*
*ryan.chabot@wilmerhale.com*
*alyson.zureick@wilmerhale.com*

Anthony J. Anscombe (SBN 135883)
**STEPTOE & JOHNSON LLP**
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6699
*aanscombe@steptoe.com*

*Attorneys for Defendants The Hartford Financial Services Group, Inc. and Sentinel Insurance Company, Limited*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| REJOICE! COFFEE COMPANY, LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC., a Delaware corporation; SENTINEL INSURANCE COMPANY, LIMITED, a Connecticut corporation,<br><br>Defendants. | Case No. 3:20-cv-06789-EMC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER** |

Pursuant to Local Rules 6-1 and 7-12 and Federal Rule of Civil Procedure 15(a)(3), Plaintiff Rejoice! Coffee Company, LLC ("Rejoice" or "Plaintiff") and Defendants The Hartford Financial Services Group, Inc. ("HFSG"), and Sentinel Insurance Company Limited ("Sentinel") (collectively, "Defendants"), hereby stipulate as follows:

## RECITALS

WHEREAS Plaintiff filed the Complaint in this action on September 29, 2020, and the First Amended Complaint on December 21, 2020;

WHEREAS the Court denied Defendants' Motion to Dismiss the First Amended Complaint on December 9, 2021;

WHEREAS the parties have met and conferred regarding a joint proposed pretrial schedule based on the deadlines proposed by Defendants in the Joint Case Management Statement (Dkt. No. 72), as the Court directed at the Case Management Conference on March 8, 2022; and

WHEREAS the deadlines to which the parties have agreed will not alter the date or deadline of any event or deadline already fixed by Court Order;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval, the following pretrial deadlines shall govern.

| Event | Deadline |
|---|---|
| Completion of Fact Discovery | December 2, 2022 |
| Expert Disclosures | December 30, 2022 |
| Rebuttal Expert Disclosures | February 3, 2023 |
| Completion of Expert Discovery | March 3, 2023 |
| Class Certification Motion Deadline | March 31, 2023 |
| Class Certification Opposition Deadline | April 28, 2023 |
| Class Certification Reply Deadline | May 12, 2023 |
| Class Certification Hearing | May 25, 2023 |
| Summary Judgment Motion Deadline | 30 days after class certification decision |
| Pretrial Conference | 30 days after summary judgment decision |
| Trial | 30 days after pretrial conference |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 25, 2022 | **BIRKA-WHITE LAW OFFICES** |
| 3 | | /s/ *David M. Birka-White* |
| 4 | | David M. Birka-White, SBN 85721<br>Laura A. Carrier, SBN 220154 |
| 5 | | **BERDING & WEIL LLP** |
| 6 | | Daniel L. Rottinghaus, SBN 131949 |
| 7 | | Fredrick A. Hagen, SBN 196220 |
| 8 | | |
| 9 | | *Attorneys for Plaintiff REJOICE!*<br>*COFFEE COMPANY, LLC, a California* |
| 10 | | *limited liability company, on behalf of*<br>*itself and all others similarly situated* |

Dated: March 25, 2022

**WILMER CUTLER PICKERING
   HALE AND DORR LLP**

/s/ *Alan E. Schoenfeld*
Alan E. Schoenfeld (*pro hac vice*)
Ryan M. Chabot (*pro hac vice*)
Alyson M. Zureick (*pro hac vice*)

**STEPTOE & JOHNSON**

Anthony J. Anscombe, SBN 135883

*Attorneys for Defendants The Hartford Financial Services Group, Inc. and Sentinel Insurance Company, Ltd.*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Alan E. Schoenfeld*

Alan E. Schoenfeld

**[~~PROPOSED~~] ORDER**

In accordance with the parties' joint stipulation, the Court hereby orders that the following deadlines shall govern.

| Event | Deadline |
|---|---|
| Completion of Fact Discovery | December 2, 2022 |
| Expert Disclosures | December 30, 2022 |
| Rebuttal Expert Disclosures | February 3, 2023 |
| Completion of Expert Discovery | March 3, 2023 |
| Class Certification Motion Deadline | March 31, 2023 |
| Class Certification Opposition Deadline | April 28, 2023 |
| Class Certification Reply Deadline | May 12, 2023 |
| Class Certification Hearing | May 25, 2023 |
| Summary Judgment Motion Deadline | 30 days after class certification decision |
| Pretrial Conference | 30 days after summary judgment decision |
| Trial | 30 days after pretrial conference |

IT IS SO ORDERED.

Dated: March 28, 2022

JUDGE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE