Daniel L. Rottinghaus, SBN 131949
  drottinghaus@berdingweil.com
Fredrick A. Hagen, SBN 196220
  fhagen@berdingweil.com
BERDING & WEIL LLP
2175 N. California Blvd, Suite 500
Walnut Creek, California 94596
925/838-2090 (tel.) / 925/820-5592 (fax)

David M. Birka-White, SBN 85721
  dbw@birka-white.com
Laura A. Carrier, SBN 220154
  lcarrier@birka-white.com
BIRKA-WHITE LAW OFFICES
178 E. Prospect Avenue
Danville, CA 94526
(925) 362-9999 (tel.) / (925) 362-9970 (fax)

Attorneys for Plaintiff REJOICE! COFFEE COMPANY, LLC,
a California limited liability company, on behalf of itself
and all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REJOICE! COFFEE COMPANY, LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC., a Delaware corporation; SENTINEL INSURANCE COMPANY, LTD., a Connecticut corporation;<br><br>Defendants. | Case No. 3:20-cv-6789-EMC<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY CUTOFF AND MODIFY SCHEDULING ORDER<br><br>Honorable Judge Edward M. Chen |

Pursuant to Civil Local Rules 6-1(b) and 6-2, plaintiff Rejoice! Coffee Company ("Plaintiff"), and defendants The Hartford Financial Services Group, Inc., and Sentinel Insurance Company, Limited (collectively, "Defendants") jointly submit this Stipulation to Continue the Fact Discovery Cutoff and Modify the Scheduling Order. The parties hereby stipulate as follows:

**RECITALS**

WHEREAS, Plaintiff filed the Complaint in this matter on September 29, 2020 (ECF 1);

WHEREAS, in its Order Granting Joint Stipulation and Scheduling Order, dated March 28, 2022 (ECF 75), the Court ordered a fact discovery cutoff of December 2, 2022;

WHEREAS, in the parties' third Joint Case Management Conference Statement filed on October 18, 2022 (ECF 80), the parties mutually requested a 90-day extension of the pretrial deadlines previously stipulated by the parties and approved by the Court, including extending the fact discovery cutoff from December 2, 2022, to March 2, 2023;

WHEREAS, in its Civil Minutes/Minute Entry, dated August 25, 2022 (ECF 82) and Order Amending Class Certification Motion Deadlines on February 27, 2023 (ECF 84), the Court approved the extension of the pretrial deadlines, including ordering a fact discovery cutoff of March 2, 2023;

WHEREAS, the parties' October 18, 2022 mutual request to extend the pretrial deadlines was the only prior request for modification of the Scheduling Order in effect in the case;

WHEREAS, the current fact discovery cutoff is March 2, 2023;

WHEREAS, the parties have been proceeding diligently with discovery, including multiple depositions, voluminous document productions, interrogatories, and extensive meet and confers regarding numerous discovery issues;

WHEREAS, Plaintiff noticed the deposition of Defendants pursuant to Fed. R. Civ. P. 30(b)(6) for February 15, 2023;

WHEREAS, Plaintiff's 30(b)(6) deposition of Defendants had to be rescheduled for March 2, 2023, the last day of fact discovery under the current schedule, due to the Defendants' 30(b)(6) designee contracting COVID-19;

WHEREAS, Plaintiff has noticed additional fact witness depositions that Plaintiff believes should take place after Defendants' 30(b)(6) deposition, which have also had to be postponed due to the rescheduling of the 30(b)(6) deposition;

WHEREAS, to enable Plaintiff to re-notice and the parties to negotiate further fact witness depositions, if any, after Defendants' 30(b)(6) deposition, the parties have mutually agreed to

1  reschedule Defendants' 30(b)(6) deposition for March 31, 2023;

2  WHEREAS, Plaintiff requests that the current fact discovery cutoff be extended by 57 days,
3  from March 2, 2023 to a proposed deadline of April 28, 2023, in order to provide for the taking of
4  Defendants' 30(b)(6) deposition on March 31, 2023 and for the noticing thereafter of further
5  depositions if any by April 5, 2023, to take place on or before April 28, 2023;

6  WHEREAS, Defendants do not oppose and do stipulate to this request;

7  WHEREAS, this proposed change would require modification of additional dates under the
8  current scheduling order, including expert disclosure and class certification briefing and hearing
9  dates;

10  WHEREAS, the parties have carefully reviewed their calendars and have negotiated a
11  mutually acceptable proposed modification of the current schedule;

12  WHEREAS, the parties seek to extend the following deadlines, ordered by the Court in
13  ECF 82 and ECF 84:

| Event | Current Date/Deadline | Proposed New Date/Deadline |
|---|---|---|
| Completion of Fact Discovery | March 2, 2023 | April 28, 2023 |
| Expert Disclosures | March 30, 2023 | June 2, 2023 |
| Rebuttal Expert Disclosures | May 3, 2023 | June 30, 2023 |
| Completion of Expert Discovery | June 2, 2023 | August 4, 2023 |
| Last Day to File Class Certification Motion | June 30, 2023 | August 31, 2023 |
| Last Day to File Opposition to Class Certification Motion | July 28, 2023 | September 29, 2023 |
| Last Day to File Reply to Opposition to Class Certification Motion | August 11, 2023 | October 13, 2023 |
| Hearing on Class Certification | August 31, 2023 | At the Court's convenience |
| Summary Judgment Motion Deadline | 30 days after class certification decision | 30 days after class certification decision |

24  WHEREAS, the Court has not yet set a pre-trial conference date or a trial date;

25  WHEREAS, good cause exists to enter the parties' stipulated schedule modification
26  because it accommodates various scheduling conflicts and will provide the parties with sufficient
27  time to complete the fact discovery process;

28  / / /

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY CUTOFF
AND MODIFY SCHEDULING ORDER

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, to extend the fact discovery cutoff and further modify the scheduling order as follows:

| Event | Proposed New Date/Deadline |
| --- | --- |
| Completion of Fact Discovery | April 28, 2023 |
| Expert Disclosures | June 2, 2023 |
| Rebuttal Expert Disclosures | June 30, 2023 |
| Completion of Expert Discovery | August 4, 2023 |
| Last Day to File Class Certification Motion | August 31, 2023 |
| Last Day to File Opposition to Class Certification Motion | September 29, 2023 |
| Last Day to File Reply to Opposition to Class Certification Motion | October 13, 2023 |
| Hearing on Class Certification | At the Court's convenience |
| Summary Judgment Motion Deadline | 30 days after class certification decision |

Date: March 2, 2023              Respectfully submitted,

**BIRKA-WHITE LAW OFFICES**

/s/ David M. Birka-White
David M. Birka-White, SBN 85721
Laura A. Carrier, SBN 220154

**BERDING & WEIL LLP**
Daniel L. Rottinghaus, SBN 131949
Fredrick A. Hagen, SBN 196220

*Attorneys for Plaintiff REJOICE! COFFEE COMPANY, LLC, a California limited liability company, on behalf of itself and all others similarly situated*

Date: March 2, 2023              **WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld (*pro hac vice*)
Ryan M. Chabot (*pro hac vice*)

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY CUTOFF AND MODIFY SCHEDULING ORDER

**STEPTOE & JOHNSON**

Anthony J. Anscombe, SBN 135883

*Attorneys for Defendants The Hartford Financial Services Group, Inc. and Sentinel Insurance Company, Ltd.*

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *David M. Birka-White*
DAVID M. BIRKA-WHITE

## [PROPOSED] ORDER

In accordance with the parties' joint stipulation, the Court hereby orders that the following deadlines shall govern:

| Event | Date/Deadline |
|---|---|
| Completion of Fact Discovery | April 28, 2023 |
| Expert Disclosures | June 2, 2023 |
| Rebuttal Expert Disclosures | June 30, 2023 |
| Completion of Expert Discovery | August 4, 2023 |
| Last Day to File Class Certification Motion | August 31, 2023 |
| Last Day to File Opposition to Class Certification Motion | September 29, 2023 |
| Last Day to File Reply to Opposition to Class Certification Motion | October 13, 2023 |
| Hearing on Class Certification | At the Court's convenience |
| Summary Judgment Motion Deadline | 30 days after class certification decision |

IT IS SO ORDERED.

Dated: _____

JUDGE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY CUTOFF AND MODIFY SCHEDULING ORDER**